IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KELVIN J. MILES,

    Plaintiff,

v.                                 Civil Action No. 3:15CV645

RICHARD L. LANHAM, et al.,

    Defendants.

**MEMORANDUM OPINION**

Kelvin J. Miles, a federal inmate, submitted this civil action and applied to proceed in forma pauperis. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Miles has at least three actions that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief could be granted. See Miles v. Md. Parole Comm., No. AW-08-2295, 2008 WL 7706613, at *3 n.3 (D. Md. Sept. 24, 2008) (citations omitted). Miles's current complaint does not demonstrate that he is in imminent danger of serious physical harm.

2

Accordingly, this Court will dismiss the action without prejudice to Miles's refiling of the action accompanied by the full $400.00 filing fee.

The Clerk of the Court is directed to send a copy of this Memorandum Opinion to Miles.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 2, 2015

2